IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 04-CV-00423-WYD-MJW**

TYRONE A. HONEYCUTT, et al.,

Plaintiffs,

v.

SAFEWAY, INC.,

Defendant.

MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

The Court has received the pro se plaintiff's ex parte letter dated July 7, 2005, addressed to United States Magistrate Judge Watanabe and Judge Daniel.  Ex parte communications with a judge is prohibited by D.C. COLO. LCivR. 77.2 which states:

**In the absence of previous authorization, no attorney or party to any proceeding shall send letters, pleadings, or other papers or copies directly to a judicial officer.  Unless otherwise instructed, all matters to be called to a judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys.  No attorney or party shall contact orally a judicial officer regarding any case by telephone, in person, or through any other means, unless all other parties in the matter, or their attorneys, are present or on the telephone.**

Pro Se Plaintiff Tyrone Honeycutt is **ORDERED** to comply with D.C. COLO. LCivR 77.2 with regard to any matters which he wishes to bring to the court's attention in the future.

It is **FURTHER ORDERED** that the Pro Se Defendant Honeycutt's Letter to Judge Watanabe and Judge Daniel dated July 7, 2005, (docket no. 67) which this court is viewing as a Motion for Telephone Deposition of Pro Se Defendant Honeycutt is **DENIED.**  Pro Se Defendant Honeycutt **must** make himself available for deposition in Colorado.  Mr. Honeycutt and counsel for Defendant Safeway, Ms. Hobbs-Wright, shall forthwith meet and confer with the other Pro Se Plaintiffs and clear a date certain for Mr. Honeycutt's deposition in Colorado.  It is **suggested** that perhaps Mr. Honeycutt's deposition can take place a day or two before the scheduled settlement conference, if

2

possible, in order to minimize the travel cost to Mr. Honeycutt.

It is **FURTHER ORDERED** that a pro se litigant, such as Mr. Honeycutt, is required to follow the same rules of procedure and orders of the court that govern other litigants.  <u>Oklahoma Federated Gold and Numismatics v. Blodgett</u>, 24 F.3d 136, 139 (10th Cir. 1994)(internal citation omitted).

<u>Date:  July 11, 2005                                                                                        </u>