IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 04-CV-00423-WYD-MJW**

TYRONE A. HONEYCUTT, et al.,

Plaintiffs,

v.

SAFEWAY, INC.,

Defendant.

## MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

    It is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order, filed with the Court on October 13, 2005 (DN 80), is GRANTED. The discovery cut-off deadline is extended up to and including November 14, 2005, for the limited purpose of deposing Plaintiff's treating physicians. The dispositive motions deadline is extended up to and including December 19, 2005.

Date:   October 14, 2005