IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 04-CV-00423-WYD-MJW**

TYRONE A. HONEYCUTT, et al.,

Plaintiffs,

v.

SAFEWAY, INC.,

Defendant.

---
MINUTE ORDER
---

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

It is hereby ORDERED that the Defendant's Motion for Entry of Stipulated Protective Order (docket no. 84) is GRANTED. The written Protective Order is APPROVED as amended in paragraph 8 and made an Order of Court.

Date:   October 31, 2005