IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 04-CV-00423-WYD-MJW**

TYRONE A. HONEYCUTT, et al.,

Plaintiffs,

v.

SAFEWAY, INC.,

Defendant.

---

MINUTE ORDER

---

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

It is hereby ORDERED that the First Motion to Vacate and Reschedule Final Pretrial Conference, filed with the Court on January 4, 2006, (DN 91), is GRANTED. The Final Pretrial Conference set on January 9, 2006, at 9:00 a.m., is VACATED and RESET on March 29, 2006, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that the parties shall submit their proposed Final Pretrial Order to Magistrate Judge Watanabe five (5) days prior to the Final Pretrial Conference consistent with the Local Rules of Practice for electronic case filing. In addition, a proposed Final Pretrial Order in WordPerfect format shall be submitted by e-mail to Watanabe_chambers@cod.uscourts.gov. as an attachment to the e-mail.

Date:   January 4, 2006