IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00423-WYD-MJW

TYRONE A. HONEYCUTT,
LONNIE L. HARRIS, and
SEAN MURRAY,

    Plaintiffs,

v.

SAFEWAY, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Motion to Amend Complaint (filed March 30, 2006) is **STRICKEN** with leave to refile in compliance with D.C.COLO.LCivR 7.1A.

    Dated:  March 30, 2006

                                      s\ Sharon Shahidi
                                      Law Clerk to
                                      Wiley Y. Daniel
                                      U.S. District Court