IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00423-WYD-MJW

TYRONE A. HONEYCUTT,
LONNIE L. HARRIS, and
SEAN MURRAY,

    Plaintiffs,

v.

SAFEWAY, INC.,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on the motion to amend complaint filed by Plaintiffs Lonnie Harris and Tyrone Honeycutt on April 4, 2006.  By Minute Order of April 25, 2006, Defendant was ordered to advise the Court as to its position as to the motion.  A response was filed May 2, 2006, by Defendant.  Defendant indicates that it does not object to the granting of the motion to amend complaint, provided that it is permitted to conduct discovery into the new allegations and to supplement the pending motions for summary judgment.

    Having reviewed the motion and the response and being fully advised in the premises, Plaintiffs' motion to amend complaint (docket # 124) is **GRANTED**.  The Clerk of Court is directed to accept for filing the First Amended Complaint attached to the motion (docket # 124-2).  Defendant's request that it be allowed to conduct discovery into the new allegations and supplement its motions for summary judgment is also granted.  The parties are directed to coordinate with Magistrate Judge Watanabe to obtain new deadlines for the discovery cutoff and filing of supplemental summary judgment motions and to obtain an Amended Scheduling Order.

    Dated:  May 3, 2006

                                    s\ Sharon Shahidi
                                      Law Clerk to
                                      Wiley Y. Daniel
                                      U.S. District Court