IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-0423-WYD-MJW

TYRONE A. HONEYCUTT,
LONNIE L. HARRIS,
and SEAN MURRAY,

    Plaintiffs,

vs.

SAFEWAY INC.,

    Defendant.

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER (Docket No. 159)

THIS MATTER having come before the Court on the parties' Joint Motion to Amend Scheduling Order, and the Court being fully advised,

IT IS ORDERED that the parties Joint Motion to Amend the Scheduling Order is granted. The discovery cut-off is extended up to and including July 31, 2006 for the limited purpose of conducting the depositions of Tyrone Honeycutt, Lonnie Harris, Eric Reid and Clay Powell. Discovery shall be limited to the claims alleged in Plaintiffs' Amended Complaint. The dispositive motions deadline is extended up to and including August 31, 2006.

Dated this 17th day of July 2006.

BY THE COURT:

_____
~~United States Magistrate Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

3579000_1.DOC