IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-00423-WYD-MJW

TYRONE A. HONEYCUTT,
LONNIE L. HARRIS, and
SEAN MURRAY,

      Plaintiffs,

v.

SAFEWAY, INC.,

      Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on a review of the file.  By Minute Order of May 3, 2006, Plaintiffs were allowed to amend their complaint.  Defendant Safeway, Inc. ["Safeway"] indicated that it did not object to the amendment so long as it was allowed to supplement the pending motions for summary judgment.  In the May 3 Minute Order, I granted Safeway's request to supplement its motions and directed the parties to coordinate with Magistrate Judge Watanabe as to new deadlines for the filing of supplemental summary judgment motions.

On May 17, 2006, Magistrate Judge Watanabe set a deadline of August 14, 2006, in which to file dispositive motions.  On July 18, 2006, this deadline was extended to August 31, 2006, so that certain depositions could be taken.

In light of the fact that supplemental motions for summary judgment are to be filed, I deem it appropriate to deny as moot the original motions for summary judgment.

Safeway should thus address the claims in the First Amended Complaint in the new summary judgment motions to be filed by August 31, 2006.  I note, however, that Safeway does not necessarily have to rebrief in its supplemental motions issues that were discussed in the original motions.  If Safeway wants the Court to consider any of the arguments in the original motions, its supplemental motions may incorporate the relevant portions of the original motions to be considered.

Based upon the foregoing, it is

ORDERED that Safeway, Inc.'s Motion for Summary Judgment on Plaintiff Tyrone Honeycutt's Claims filed January 12, 2006 (docket # 101) is **DENIED AS MOOT**.  It is

FURTHER ORDERED that Safeway, Inc.'s Motion for Summary Judgment on Plaintiff Lonnie L. Harris' Claims filed January 12, 2006 (docket # 100) is **DENIED AS MOOT**.  It is

FURTHER ORDERED that Safeway, Inc.'s Motion for Summary Judgment on Plaintiff Sean Murray's Claims filed January 12, 2006, and Safeway's Resubmitted Motion for Summary Judgment on Sean Murray's Claims filed March 20, 2006 (docket # 96 and 122) are **DENIED AS MOOT**.

Dated:  August 24, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge