IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00423-WYD-MJW

TYRONE A. HONEYCUTT,
LONNIE L. HARRIS, and
SEAN MURRAY,

     Plaintiffs,

v.

SAFEWAY, INC.,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Defendant's Motion for Reinstatement of Safeway's Motion for Summary Judgment on Plaintiff Sean Murray's Claims (filed August 30, 2006) is **GRANTED**.  The Resubmitted Motion for Summary Judgment on Sean Murray's Claims filed March 30,. 2006 (docket # 122) and the other pleadings associated with that motion (docket # 123, 134 and 150) are hereby **REINSTATED**.

     Dated:  August 30, 2006