IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00423-WYD-MJW

TYRONE A. HONEYCUTT,
LONNIE L. HARRIS and
SEAN MURRAY,

     Plaintiffs,

vs.

SAFEWAY INC.,

     Defendant.

_____

ORDER GRANTING PLAINTIFFS' MOTION TO FILE SURREPLY TO
DEFENDANT'S MOTION TO STRIKE
(DN 202)
_____

The Court, having reviewed Plaintiffs' Motion to File a Surreply to Defendant's Motion to Strike, and being apprised of its contents, hereby GRANTS the motion and will allow Plaintiffs to file a Surreply within 15 days from the receipt of this Order.

Date: January 29, 2007                    s/Michael J. Watanabe_____
                                               MICHAEL J. WATANABE
                                               UNITED STATES
                                               MAGISTRATE JUDGE WATANABE