IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00423-WYD-MJW

TYRONE A. HONEYCUTT,
LONNIE L. HARRIS, and
SEAN MURRAY,

    Plaintiffs,

v.

SAFEWAY, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant Safeway, Inc.'s Unopposed Motion to Vacate Final Trial Preparation Conference [Docket #210] is **GRANTED**.  The Final Trial Preparation Conference scheduled for May 22, 2007, at 4:00 p.m. is **VACATED**.  The parties shall file their dismissal papers on or before **Friday, June 1, 2007**.

    Dated:  May 22, 2007