IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-00423-WYD-MJW

TYRONE A. HONEYCUTT,
LONNIE L. HARRIS, and
SEAN MURRAY,

    Plaintiffs,

v.

SAFEWAY, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Voluntary Dismissal with Prejudice (filed June 11, 2007).  The Stipulation seeks a dismissal of the case with prejudice pursuant to an Agreement between the remaining parties.[1]  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to pay his or its own attorney fees and costs.  It is

---

[1] Summary judgment was granted as to Plaintiff Sean Murray by Order dated February 15, 2007.

-1-

FURTHER ORDERED that the terms of the Agreements between the parties pursuant to which the Stipulation and this Order of Dismissal with Prejudice have been entered are to be kept strictly confidential by Plaintiffs Tyrone Honeycutt and Lonnie Harris and that any disclosure of such terms except to Plaintiffs' immediate family, tax advisors, or as may be required by law, may constitute contempt of Court for which the Court may enter such sanctions as appropriate.

Dated: June 12, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge